MEDASSETS

| | | | | |
|---|---|---|---|---|
| GREER MEMORIAL HOSPITAL | GREENVILLE HOSPITAL SYST | 3a PAT CNTL # | 040014881807 | I 0053 |
| 830 SOUTH BUNCOMBE ROAD | P O BOX 601177 | b MED REC # | 980072092 | 111 |
| GREER SC 296502400 | CHARLOTTE NC 282601177 | 5 FED TAX NO | STATEMENT COVERS PERIOD FROM / THROUGH | |
| 8644548611  8644542021 | | 576007863 | 021712  022412 | 113 |

| 8 PATIENT NAME | 9 PATIENT ADDRESS |
|---|---|
| EVANS, AMBER L | 106C OLD WOODRUFF RD |
| | GREER    SC  29651 |

| 10 BIRTHDATE | 11 SEX | 12 DATE ADMISSION | 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | CONDITION CODES | 29 ACDT STATE |
|---|---|---|---|---|---|---|---|---|---|
| 03141980 | F | 021812 | 04 | 1 | 1 | 12 | 01 | | |

| 31 OCCURRENCE CODE / DATE | | 30 OCCURRENCE CODE / DATE | | OCCURRENCE SPAN CODE FROM THROUGH | OCCURRENCE SPAN CODE FROM THROUGH |
|---|---|---|---|---|---|
| 42 | 022412 | 82 | 080611 | | |
| A2 | 110111 | 11 | 021712 | | |

| | | 39 VALUE CODES CODE / AMOUNT | | 41 VALUE CODES CODE / AMOUNT |
|---|---|---|---|---|
| UNITED HEALTHCARE | | a  80 | 6 | |
| PO BOX 740800 | | b  02 | | |
| ATLANTA, GA 30374 | | c | | |
| | | d | | |

| 42 REV CD | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV DATE | 46 SERV UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 0110 | ROOM-BOARD/PVT | 1450.00 | | 6 | 870000 | |
| 0250 | PHARMACY | | | 774 | 1181900 | |
| 0255 | DRUGS/RADIOLOGY | | | 2 | 13500 | |
| 0258 | IV SOLUTIONS | | | 46 | 330400 | |
| 0270 | MED-SUR SUPPLIES | | | 2 | 1720 | |
| 0272 | STERILE SUPPLY | | | 2 | 24830 | |
| 0300 | LABORATORY | | | 9 | 25200 | |
| 0301 | LAB/CHEMISTRY | | | 10 | 219680 | |
| 0302 | LAB/IMMUNOLOGY | | | 2 | 34720 | |
| 0305 | LAB/HEMATOLOGY | | | 7 | 87380 | |
| 0306 | LAB/BACT-MICRO | | | 2 | 39440 | |
| 0307 | LAB/UROLOGY | | | 3 | 28340 | |
| 0320 | DX X-RAY | | | 3 | 172700 | |
| 0324 | DX X-RAY/CHEST | | | 1 | 27620 | |
| 0352 | CT SCAN/BODY | | | 2 | 1121280 | |
| 0360 | OR SERVICES | | | 1 | 1099860 | |
| 0370 | ANESTHESIA | | | 2 | 241500 | |
| 0450 | EMERGENCY ROOM | | | 13 | 329660 | |
| 0710 | RECOVERY ROOM | | | 1 | 176500 | |
| 0730 | EKG-ECG | | | 1 | 22440 | |
| 0001 | PAGE 1 OF 1 | CREATION DATE 071912 | TOTALS | | 6048670 | |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI | 1598716060 |
|---|---|---|---|---|---|---|---|
| 113  UNITED HEALTHCARE | | Y | Y | | | 57 OTHER PRV ID | |

| 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| EVANS, AMBER L | 18 | 925245774 | | 710671 |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|

| 66 DX | 53250 Y | 30501 Y | 5601 N | 27651 Y | 99749 N | 5680 Y | 4019 Y | 3051 Y | V4586 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2749 Y | 6961 Y | | | | | | | | |

| 69 ADMIT DX | 78906 | 70 PATIENT REASON DX | | | | 71 PPS CODE | 567 | 72 ECI | E8788 N | | 73 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 74 PRINCIPAL PROCEDURE CODE / DATE | | OTHER PROCEDURE CODE / DATE | | OTHER PROCEDURE CODE / DATE | | 76 ATTENDING | NPI 1861494502 | QUAL G | C61018 |
|---|---|---|---|---|---|---|---|---|---|
| 4442 | 021812 | 5459 | 021812 | | | LAST WENTZKY | | FIRST JOSEPH | |
| OTHER PROCEDURE CODE / DATE | | OTHER PROCEDURE CODE / DATE | | | | 77 OPERATING | NPI 1861494502 | QUAL G | C61018 |
| | | | | | | LAST WENTZKY | | FIRST JOSEPH | |

| 80 REMARKS | 81CC a | | 78 OTHER | NPI | | QUAL | |
|---|---|---|---|---|---|---|---|
| | b | | LAST | | | FIRST | |
| | c | | 79 OTHER | NPI | | QUAL | |
| | d | | LAST | | | FIRST | |

UB-04 CMS-1450     APPROVED OMB NO 0938-0997     Printed on Recycled Paper     NUBC     THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.